```
                        FILED
                CLERK, U.S. DISTRICT COURT

                    AUG 8 2022

                CENTRAL DISTRICT OF CALIFORNIA
                BY    v w         DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-CR-173-GW-61 |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
|  | ) Allegations of Violations of Probation |
| JOSE VERA | ) Supervised Release) |
|  | ) Conditions of Release) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (X) the appearance of defendant as required; and/or

(B) (X) the safety of any person or the community.

//

//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

<u>He can rebut the government's proffered USPO Petition and Letter or the findings and recommendations of the Pretrial Services Report.</u>

_____

_____

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

<u>He can rebut the government's proffered USPO Petition and Letter or the findings and recommendations of the Pretrial Services Report.</u>

_____

_____

IT IS ORDERED that defendant be detained.

DATED: 8/8/22

JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

2